# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HENRY HOLMES,

    Plaintiff(s),

v.

USAA SAVINGS BANK,

    Defendant(s).

Case No. 2:21-cv-00446-JAD-NJK

**ORDER**

[Docket No. 7]

Pending before the Court is Plaintiff's renewed motion for leave to file a second amended complaint. Docket No. 7. No response has been filed. Applying the governing standards, *e.g.*, *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051-52 (9th Cir. 2003), the motion for leave to amend is hereby **GRANTED**.[1] Plaintiff must promptly file and serve the second amended complaint. *See* Local Rule 15-1(b).

IT IS SO ORDERED.

Dated: June 28, 2021

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge

---

[1] It is within a magistrate judge's authority to grant leave to amend the complaint. *Vandehey v. Real Soc. Dynamics, Inc.*, 2017 WL 4411042, at *1 n.4 (D. Nev. Oct. 4, 2017) (citing *U.S. Dominator, Inc. v. Factory Ship Robert E. Resoff*, 768 F.2d 1099, 1102 n.1 (9th Cir. 1985) and *Morgal v. Maricopa Cnty. Bd. of Sup'rs.*, 284 F.R.D. 452, 458 (D. Ariz. 2012)).